IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GEORGE K. BAUM & COMPANY | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11-0108-CV-W-HFS |
| TWIN CITY FIRE INSURANCE CO. | ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM TO COUNSEL

On October 7, 2011, a Stipulated Protective Order (doc. 21) was entered in this action. The parties subsequently sought and were granted leave to file competing motions for summary judgment under seal (doc. 38).

The court is cognizant of the expressed need to protect confidential and proprietary business information. However, in balancing the need for confidentiality with the need for full and transparent public disclosure, rulings, specifically of a dispositive nature, are generally entered without a restrictive seal. Especially, where as here, much of the supporting documents cited in the order reference prior court actions, which were presumably unencumbered.

Therefore, if desired, counsel may file within seven days from the date of this memorandum specific reasons as to why a ruling in this matter should be sealed, and I will take it under advisement. It is SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

September  14 , 2012

Kansas City, Missouri