IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GEORGE K. BAUM & COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:11-cv-00108-HFS |
| | ) | |
| TWIN CITY FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that George K. Baum & Company, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's Order of September 24, 2012 (Doc. 51), denying Plaintiff's Motion for Partial Summary Judgment (Doc. 34), and from the Final Judgment entered on November 14, 2012 (Doc. 57), granting final judgment, with respect to Counts I and II of the Complaint and Count II of the Counterclaim, that a single retention of $3 million applies to the IRS Investigation and Derivatives Litigation.

BRYAN CAVE LLP

By /s/ Terence J. Thum
W. Perry Brandt #28292
Terence J. Thum #32362
1200 Main St., Suite 3500
Kansas City, MO 64105
(816) 374-3200
FAX (816) 374-3300
perry.brandt@bryancave.com
tthum@bryancave.com

Attorneys for Plaintiff George K. Baum & Company

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Michael C. Kirkham
>Sanders Warren & Russell LLP
>9401 Indian Creek Parkway, Suite 1250
>Overland Park, Kansas 66210
>
>Daniel J. Standish
>Charles C. Lemley
>Wiley Rein LLP
>1776 K Street, N.W.
>Washington, DC 20006
>
>Attorneys for Defendant Twin City Fire Insurance Company

>/s/ Terence J. Thum
>Attorney for Plaintiff

U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No.

_____

STYLE OF CASE:

George K. Baum & Company

Appellant/Appellee,

vs.

Twin City Fire Insurance Company

Appellant/Appellee

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

W. Perry Brandt
Terence J. Thum
Bryan Cave LLP
1200 Main Street, Suite 2500
Kansas City, MO 64105
(816) 374-3200

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

See following page

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). ☐ Yes. ☑ No.

Whether a single retention of $3 million applies to the litigation covered by the insurance policy issued by the appellee.

FOR LEAD COUNSEL ONLY
I ☐ have (☑ have not) discussed settlement possibilities on appeal with my client.
This appeal ☐ is (☑ is not) amenable to settlement.

Submitted by: s/ _W. Perry Brandt_    12-13-12
Signature of Lead Counsel    Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov
    Copy 1 - Send to Appellee (together with an uncompleted Form B)
    Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
    Copy 4 - Retain

U.S. Court of Appeals – Eighth Circuit

Appellant's Form A (Continued)

Counsel for Appellee: Name, Address and Telephone Number

Michael C. Kirkham
Maureen M. Brady
Sanders Warren & Russell LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Telephone: 913-234-6100

Daniel J. Standish
Charles C. Lemley
Wiley Rein LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: 202-719-7000